**91–172.** State v. Mills. *Hamilton County,* No. C–880581. This court received notification from the Supreme Court of the United States that said court on June 29, 1992, entered an order in No. 91–8365, *James Ethan Mills v. Ohio,* which stated:

"On consideration of the petition for a writ of certiorari herein to the Supreme Court of Ohio, IT IS ORDERED by this court that said petition be, and the same is hereby, denied."

Upon consideration that the stay of execution of sentence granted by this court on March 17, 1992, was conditioned upon final disposition of said petition to the Supreme Court of the United States, and it appearing to this court that the Supreme Court of the United States has rendered such final disposition of said petition,

IT IS ORDERED that said stay is hereby terminated as of the date of this entry.

IT IS HEREBY ORDERED by this court that said sentence be carried into execution by the Warden of the Southern Ohio Correctional Facility or, in his absence, by the Deputy Warden on Tuesday, the 24th day of November, 1992, in accordance with the statutes so provided.

IT IS FURTHER ORDERED that a certified copy of this entry and a warrant under the seal of this court be duly certified to the Warden of the Southern Ohio Correctional Facility and that said Warden shall make due return thereof to the Clerk of the Court of Common Pleas of Hamilton County.

## MISCELLANEOUS DISMISSALS

**92–1460.** In re Election of June 2, 1992 for the Office of Representative to the United States House of Representatives from the Sixth District of Ohio.

Holmes, J. This cause originated in this court on the filing of an election contest petition under R.C. 3515.09. Upon consideration of contestor's application to dismiss,

IT IS ORDERED by the court that said application to dismiss be, and the same is hereby, granted, effective August 25, 1992.

IT IS FURTHER ORDERED by the court that this cause be, and the same is hereby, dismissed.